IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANDREW LAMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-1176-JPG-DGW |
| | ) | |
| KENNETH BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Strike Requests for Admissions filed by Defendant, Kenneth Brown, on April 8, 2014 (ECF 54). The Motion is **GRANTED**.

On March 12, 2014, Plaintiff filed requests to admit directed to Joseph H. Rupcich, an assistant Attorney General of the State of Illinois, who was named as a Defendant in this action but who was dismissed by an Order dated February 6, 2013 (ECF 11). In dismissing Mr. Rupcich, with prejudice, the District Court noted that he was immune from suit. Defendant seeks an Order striking the requests for two reasons: first, they are directed at a non-party, and second, they were served only two weeks prior to the close of discovery on March 21, 2014.

Federal Rule of Civil Procedure 36(a) provides that "[a] party may serve *on any other party* a written request to admit . . . " (emphasis added). Mr. Rupcich no longer is a party to this lawsuit; therefore, Plaintiff may not seek admissions from him. Requests to admit, by their very nature, can only be directed to a party to this lawsuit (and the only other party is Defendant Brown). To the extent that Plaintiff seeks discovery from Mr. Rupcich, he is required to first seek and then serve a subpoena pursuant to Rule 45 (again, Rule 45 does not contemplate commanding a

non-party to respond to requests to admit).   Discovery in this matter is now closed and there is no indication in the record that Plaintiff sought a subpoena to command Mr. Rupcich to respond to discovery.

Accordingly, the Requests to Admit directed at Mr. Rupcich and filed on March 12, 2014 (ECF 52) are hereby **STRICKEN**.

**IT IS SO ORDERED.**

**DATED: May 6, 2014**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**